**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

VALERIE MARIE MOORE, on behalf
of herself and others similarly
situated,

    Plaintiff,

v.                                    Case No.   3:15-cv-403-J-32JRK

DIVERSIFIED ADJUSTMENT
SERVICE, INC., JOHN DOES 1-100,
and ANY OTHER UNKNOWN
DEFENDANT,

    Defendants.

## O R D E R

Upon review of Plaintiff's Notice of Voluntary Dismissal (Doc. 11), filed on May 29, 2015, this case is dismissed without prejudice. Plaintiff to send Defendant a copy of this Order. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of June, 2015.

TIMOTHY J. CORRIGAN
United States District Judge

w.
Copies:

Counsel of record